

# IN THE
# TENTH COURT OF APPEALS

No. 10-13-00144-CR

**BENJAMIN CRAIG LEWIS,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 11-03276-CRF-272**

## O R D E R

By Order dated September 19, 2013, we granted Lewis's pro se request for an extension of time to file his response to his counsel's *Anders* brief. His response was due November 18, 2013. In the meantime, Lewis filed two more requests for extensions of time which were stricken. Lewis has now filed another motion for extension of time to file his response, requesting another 60 days.

Lewis's "Fourth Motion for Extension of Time to File a Response to the Anders Brief (60 Days)" is granted.

**No further extensions**, however, **will be granted** for the following reasons.

1.  Lewis's motion evidences Lewis's ability to direct our attention to specific issues we should pay particular attention to in conducting our review of the record for possible error which is the primary purpose of an appellant's pro se response to counsel's motion to withdraw and brief in support when an *Ander*'s motion is filed;

2.  Lewis's pattern of conduct suggests unnecessary delay or lack of diligence because he waited until November 27, 2013 to explain to counsel that the paperwork sent to Lewis was for another case; and

3.  Based on our review of the appeal, further delay is unwarranted; and Lewis's tactics, such as asking counsel for the record when we expressly told Lewis he was to request it from the trial court clerk, appear calculated to cause further delay rather than to advance our review and disposition of his appeal.

Lewis's response is due **60 days from the date of this order** after which time, the Court will proceed with a review and disposition of the appeal whether or not Lewis has filed a response. We will, however, pay particular attention to those potential issues identified by Lewis in his "Fourth Motion for Extension of Time to File a Response to the Anders Brief (60 Days)"

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed December 19, 2013